Jane L. Froyd (State Bar No. 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    (650) 739-3939
Facsimile:    (650) 739-3900
jfroyd@jonesday.com

Timothy P. Fraelich (Admitted *pro hac vice*)
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone:    (216) 586-1247
Facsimile:    (216) 579-0212
tfraelich@jonesday.com

Attorneys for Plaintiff
ARCTIC GLACIER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Arctic Glacier Inc.,** | Case No. 3:12-cv-01123-EDL |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO POSTPONE ALL DEADLINES IN THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |
| v. | |
| **Glacier Water Services, Inc.,** | |
| Defendant | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court having reviewed Plaintiff Arctic Glacier's ("Plaintiff") Administrative Motion to Postpone all Deadlines in the Order Setting Initial Case Management Conference and ADR Deadlines, having considered all of the papers filed in support of the motion,

**HEREBY ORDERS:**

Plaintiff's Administrative Motion to Postpone all Deadlines in the Order Setting Initial Case Management Conference and ADR Deadlines is GRANTED. The deadlines in this case shall be rescheduled as follows:

1      (a) the May 29, 2012 deadline for the parties to meet and confer regarding initial disclosures and ADR shall be moved to July 10, 2012;

    (b) the June 12, 2012 deadline to complete initial disclosures and submit the Rule 26(f) Report and initial Case Management Statement shall be moved to July 24, 2012; and

    (c) the June 19, 2012 initial Case Management Conference shall be moved to July 31, 2012.

**IT IS SO ORDERED.**

Dated: May 29, 2012

The Honorable Elizabeth D. Laporte
United States Magistrate Judge