| | |
|---|---|
| Jane L. Froyd (State Bar No. 220776)<br>jfroyd@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br><br>Timothy P. Fraelich (Admitted *pro hac vice*)<br>tfraelich@jonesday.com<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>Telephone: (216) 586-1247<br>Facsimile: (216) 579-0212<br><br>Attorneys for Plaintiff/Counterdefendant,<br>ARCTIC GLACIER INC. | Karen Vogel Weil (SBN 145,066)<br>karen.weil@kmob.com<br>Laura M. Blau (SBN 265,106)<br>laura.blau@kmob.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>10100 Santa Monica Boulevard, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (310) 551-3450<br>Facsimile: (310) 551-3458<br><br>Timothy J. Goodson (SBN 244,649)<br>timothy.goodson@kmob.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>333 Bush Street, 21st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4114<br>Facsimile: (415) 954-4111<br><br>Attorneys for Defendant/Counterclaimant,<br>GLACIER WATER SERVICES, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Arctic Glacier, Inc.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Glacier Water Services, Inc.,<br><br>　　　　Defendants. | Civil Action No. 3:12-cv-01123-EDL<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER POSTPONING ALL**<br>**DEADLINES IN THE ORDER SETTING**<br>**INITIAL CASE MANAGEMENT**<br>**CONFERENCE AND ADR DEADLINES**<br>**AS MODIFIED** |
| Glacier Water Services, Inc.,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>Arctic Glacier, Inc. and Glacier Ice Company,<br><br>　　　　Counterdefendants. | Honorable Elizabeth D. Laporte |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Arctic Glacier, Inc. ("Plaintiff" or "Arctic Glacier) and Defendant Glacier Water Services, Inc. ("Defendant" or "Glacier Water") (collectively the "Parties") hereby submit this agreed-upon stipulation to extend initial case management and ADR deadlines.

WHEREAS, on May 30, 2012, before Defendant made an appearance in this case, this Court granted Plaintiff's Administrative Motion to postpone all deadlines set in the Court's Order setting the initial case management conference and ADR deadlines. *See* ECF No. 13.

WHEREAS, on May 29 and June 1, 2012, the Parties held a meet and confer regarding the initial case management and ADR deadlines set forth in the Court's Order and came to an agreed schedule to modify the dates in that Order. *See* Declaration of Karen Vogel Weil in Support of Stipulation and [Proposed] Order Postponing All Deadlines in the Order Setting Initial Case Management Conference and ADR Deadlines.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, as follows:

The Parties hereby jointly request that the Court postpone the Case Management Conference until August 28, 2012, and postpone all other deadlines in the Court's Order (ECF No. 13) as follows:

(a) the July 10, 2012 deadline to:

- meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan
- file ADR Certification signed by Parties and Counsel
- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

be moved to August 3, 2012;

(b) the July 24, 2012 deadline to file the Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement be moved to August 17, 2012; and

/ / /

(c) the July 31, 2012 Initial Case Management Conference (CMC) in Ctrm E, 15th Floor, SF at 10:00 A.M. be moved to August 28, 2012 at 3:00 p.m.

IT IS SO STIPULATED.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 1, 2012        By: /s/Karen Vogel Weil
                               Karen Vogel Weil
                               Timothy J. Goodson
                               Laura M. Blau

                               Attorneys for Defendant/Counterclaimant,
                               GLACIER WATER SERVICES, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

JONES DAY

Dated: June 1, 2012        By: /s/ Jane L. Froyd
                               Jane L. Froyd
                               Timothy P. Fraelich

                               Attorneys for Plaintiff/Counterdefendant,
                               ARCTIC GLACIER, INC.

IT IS SO ORDERED.

Dated: June 6, 2012        _____
                           Honorable Judge Elizabeth D. Laporte
                           UNITED STATES MAGISTRATE JUDGE

[STAMP: IT IS SO ORDERED AS MODIFIED — Judge Elizabeth D. Laporte — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

13356944